**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WESTERN VALUES PROJECT,  )<br>  )<br>*Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>U.S. DEPARTMENT OF THE INTERIOR,  )<br>  )<br>*Defendant*.  )<br>  ) | Case No. 17-2070 (ABJ) |

**JOINT STATUS REPORT**

1. On October 5, 2017, Plaintiff Western Values Project brought this action against Defendant U.S. Department of the Interior (DOI) seeking declaratory and injunctive relief to compel DOI to search for and produce responsive non-exempt records in response to two requests made pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA). Pursuant to the Court's May 7, 2018 Minute Order, the parties, through their counsel, respectfully submit the following status report.

2. DOI has represented, via the cover letters to its productions, that it has completed its searches for and productions of responsive non-exempt records.

3. The parties are presently engaged in discussions regarding Plaintiff's questions regarding Defendant's searches and claims of exemption in an effort to try and resolve them without the involvement of the Court to the extent possible.

4. The parties jointly and respectfully request that the Court order that they meet and confer and file a further Joint Status Report on or before July 20, 2018.

1

| | |
|---|---|
| Dated: June 7, 2018 | Respectfully submitted, |
| */s/ Cerissa Cafasso* | JESSIE K. LIU, |
| Cerissa Cafasso | D.C. BAR # 472845 |
| D.C. Bar No. 1011003 | United States Attorney |
| Austin R. Evers | for the District of Columbia |
| D.C. Bar No. 1006999 | |
| AMERICAN OVERSIGHT | DANIEL F. VAN HORN |
| 1030 15th Street NW, B255 | D.C. BAR # 924092 |
| Washington, DC 20005 | Chief, Civil Division |
| (202) 869-5244 | |
| cerissa.cafasso@americanoversight.org | */s/ Marina Utgoff Braswell* |
| austin.evers@americanoversight.org | MARINA UTGOFF BRASWELL |
| | D.C. Bar # 416587 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | United States Attorney's Office |
| | 555 4th Street, N.W. – Civil Division |
| | Washington, D.C. 20530 |
| | (202) 252-2561 |
| | Marina.Braswell@usdoj.gov |
| | *Counsel for Defendant* |